December 19, 2017

FILED IN
2nd COURT OF APPEALS
FORT WORTH, TEXAS
12/19/2017 1:07:58 PM
DEBRA SPISAK
Clerk

Court of Appeals
Second District of Texas
Tarrant County Justice Center
401 W. Belknap, Suite 9000
Fort Worth, Tx  76196


ATTENTION:  Rose

    Re:    CZ # 2017-004166-1  /  02-17-00345-CV

    Style: Season J. Weeter v. NAPA Ventures Woodbridge


*On the above-styled case, no request has been made for the Reporter's Record.*



    Respectfully,


    Beckee Partin, CSR